

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-12-00055-CR

David **FINO**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 144th Judicial District Court, Bexar County, Texas
Trial Court No. 2010-CR-11172
The Honorable Angus McGinty, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE HILBIG[1], AND JUSTICE BARNARD

In accordance with this court's opinion of this date, the judgment of the trial court is
AFFIRMED.

SIGNED April 17, 2013.

_____
Karen Angelini, Justice

---

[1] Justice Hilbig not participating.